IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND, and its JOINT BOARD OF TRUSTEES; DOUG CHRISTOPHER and MARION BOURBOULIS, TRUSTEES,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CENTERLINE STRIPING COMPANY, INC., a California corporation,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　/ | No. C 10-05925 WHA<br><br>**ORDER REGARDING NOTICE OF DISMISSAL** |

On March 1, 2011, plaintiffs filed a notice voluntarily dismissing the action with prejudice pursuant to FRCP 41(a)(1). This dismissal with prejudice is acknowledged. **THE CLERK SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: March 1, 2011.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE